## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THOMAS JOHN ORTHAL | ) |
| | )   No. 15-28874 |
| | )   Chapter 13 (Kane) |
| Debtor | )   Honorable Janet S. Baer, |
| | )   Hearing Date: 07/20/2018 at 10:00 a.m. |

### AGREED ORDER

This matter coming before the court for hearing on SPINNAKER COVE HOMEOWNERS ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor's Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through July 2018, there is a balance of $1,664.00 due and owing to Spinnaker Cove Homeowners Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $1,664.00 balance as follows:

   a. $277.33 shall be paid on or before July 20, 2018;

   b. $277.33 shall be paid on or before August 20, 2018;

   c. $277.33 shall be paid on or before September 20, 2018;

   d. $277.33 shall be paid on or before October 20, 2018;

   e. $277.33 shall be paid on or before November 20, 2018;

   f. $277.35 shall be paid on or before December 20, 2018;

By _____    By _____
Attorney for Spinnaker Cove                            Attorney for Debtor
Homeowners Association

1

3. Additionally, Debtor shall pay their regular monthly assessment on or before the 1st of each month beginning with the August 2018 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Stillwater Homeowners Association shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtor does not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved without further order of court and Spinnaker Cove Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____
Attorney for Spinnaker Cove
Homeowners Association

By _____
Lynn A. Fazio, Attorney for Debtor

ENTER:
_____
Janet S. Baer
Bankruptcy Judge
Date:

JUL 2 0 2018

Attorney No. 6316642
Nick E. Porter
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2