## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THOMAS JOHN ORTHAL ) | |
| ) | No. 15-28874 |
| ) | Chapter 13 (Kane) |
| Debtor ) | Honorable Janet S. Baer |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the July 20, 2018 Agreed Order is hereby given to Thomas John Orthal and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $277.33 per month toward the arrearage on their post-petition assessment account with Creditor Spinnaker Cove Homeowners Association and remain current on the accruing assessments. The remaining unpaid balance should have been $832.01 as of September 25, 2018. However, the actual balance on the post-petition account is $1,721.67. Therefore, Debtor is in default under the Agreed Order in the amount of $889.66.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $889.66 by cashier's check or money order made payable to Spinnaker Cove Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than October 16, 2018. If the amount of $889.66 is not paid by October 16, 2018 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Spinnaker Cove Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

                                                    SPINNAKER COVE HOMEOWNERS
                                                    ASSOCIATION

By: _____
       One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2

```
                       SPINNAKER COVE HOMEOWNER ASSN
                       FINANCIAL TRANSACTIONS - 09/21/18

1320 GLOUCESTER                              Unit ID: 11320
Thomas Orthal - PostPetition                 STATUS: 50 - Bankruptcy
                                             PREPAID BAL:     0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
 DATE    PAYMT AMT  CHECK #    DEP DT  CODE  N/A  DESCRIPTION      AMOUNT        DUE
 ------  ----------  ----------  ------  -----  ----  ----------------  -----------  -------------
041918 KC filed a motion to lift automatic stay.
041918 Court Scheduled 5/18/18. le
------
050118              APPLY CHARGES       A1         ASSESSMENT        275.00     1448.00
050318              EXPENSE ADJ         05         Attorney Fees     781.00     2229.00
050318 KC-Inv#86228-PrepFileBKMotionReliefStay 4/19 rh
051518              APPLY LATE FEE      01         Late Fees          30.00     2259.00
051718 Statement emailed KC. le
053018     675.00 11312     053018 A1              ASSESSMENT       (675.00)    1584.00
053018     500.00 DP321-0002 053018 A1             ASSESSMENT       (500.00)    1084.00
------
060118              APPLY CHARGES       A1         ASSESSMENT        275.00     1359.00
061518 Payment Plan Req.  Sent to Board. le
061518 next Court Date 6/22/18. le
061518              APPLY LATE FEE      01         Late Fees          30.00     1389.00
062718 Court Date 7/20/18 10:00am. le
------
070118              APPLY CHARGES       A1         ASSESSMENT        275.00     1664.00
071518              APPLY LATE FEE      01         Late Fees          30.00     1694.00
072018 Agreed Order.  $277.33 needs to be paid by the
072018 20th of each month July-Dec 2018 plus the monthly
072018 assessment needs to be paid to avoid automatic
072018 stay lift. le
------
080118              APPLY CHARGES       A1         ASSESSMENT        275.00     1969.00
080718 KC to send default ntoice and proceed with
080718 evication. le
081518              APPLY LATE FEE      01         Late Fees          30.00     1999.00
083118     582.33 DP334-0001 083118 01             Late Fees         (30.00)    1416.67
083118                                  A1         ASSESSMENT       (275.00)
083118                                  05         Attorney Fees    (277.33)
------
090118              APPLY CHARGES       A1         ASSESSMENT        275.00     1691.67
091518              APPLY LATE FEE      01         Late Fees          30.00     1721.67


                              -- End of report --
```

```
                        SPINNAKER COVE HOMEOWNER ASSN
                        FINANCIAL TRANSACTIONS - 09/21/18

1320 GLOUCESTER                                 Unit ID: 11320
Thomas Orthal - PostPetition                    STATUS: 50 - Bankruptcy
                                                PREPAID BAL:      0.00
  TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
  DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION       AMOUNT         DUE
  ------ ---------- ----------- ------ ----- ---- ---------------- ----------- -------------
  080117            APPLY CHARGES      A1        ASSESSMENT           275.00     3952.50
  081517            APPLY LATE FEE     01        Late Fees             30.00     3982.50
  ------
  090117            APPLY CHARGES      A1        ASSESSMENT           275.00     4257.50
  091517            APPLY LATE FEE     01        Late Fees             30.00     4287.50
  ------
  100117            APPLY CHARGES      A1        ASSESSMENT           275.00     4562.50
  101517            APPLY LATE FEE     01        Late Fees             30.00     4592.50
  ------
  110117            APPLY CHARGES      A1        ASSESSMENT           275.00     4867.50
  111517            APPLY LATE FEE     01        Late Fees             30.00     4897.50
  ------
  120117            APPLY CHARGES      A1        ASSESSMENT           275.00     5172.50
  121517            APPLY LATE FEE     01        Late Fees             30.00     5202.50
  ------
  010118            APPLY CHARGES      A1        ASSESSMENT           275.00     5477.50
  011518            APPLY LATE FEE     01        Late Fees             30.00     5507.50
  011918 File Motion to lift automatic stay. le
  012518 Spoke with Tom and he advised me that he will
  012518 bring a certified check order.  Advisded Legal. le
  012918    4507.00 9194948515 012918 01        Late Fees           (780.00)     1000.50
  012918                              A1        ASSESSMENT         (3727.00)
  012918 Statement sent to legal. le
  013118 Per JS wait 30-60 days then send motion to
  013118 file automatic stay lift. le
  ------
  020118            APPLY CHARGES      A1        ASSESSMENT           275.00     1275.50
  020118 Do not send statement or LN.
  021518            APPLY LATE FEE     01        Late Fees             30.00     1305.50
  022318     305.00 2215       022318 01        Late Fees            (30.00)     1000.50
  022318                              A1        ASSESSMENT          (275.00)
  ------
  030118            APPLY CHARGES      A1        ASSESSMENT           275.00     1275.50
  031518            APPLY LATE FEE     01        Late Fees             30.00     1305.50
  ------
  040118            APPLY CHARGES      A1        ASSESSMENT           275.00     1580.50
  041118 Req to Legal to file automatic stay lift. le
  041518            APPLY LATE FEE     01        Late Fees             30.00     1610.50
  041918            EXPENSE ADJ        05        Attorney Fees       (237.50)    1373.00
  041918 Per Legla move Legal fee to Pre Petition
  041918 BK filed 8/24/15. le
  041918            EXPENSE ADJ        05        Attorney Fees       (200.00)    1173.00
  041918 Per legal move fee to PrePetition.
  041918 KCINV 44299-PrepFileObjectionBKPlan 10/12/15. le
                                      3
```

```
                       SPINNAKER COVE HOMEOWNER ASSN
                       FINANCIAL TRANSACTIONS - 09/21/18

1320 GLOUCESTER                              Unit ID: 11320
Thomas Orthal - PostPetition                 STATUS: 50 - Bankruptcy
                                             PREPAID BAL:      0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT         DUE
------ ----------- ---------- ------ ----- ---- ---------------- -----------  -------------
080116             APPLY CHARGES      A1        ASSESSMENT         280.00     2927.50
081516             APPLY LATE FEE     01        Late Fees           30.00     2957.50
------
090116             APPLY CHARGES      A1        ASSESSMENT         280.00     3237.50
090116    500.00 1133         090116 01        Late Fees         (270.00)     2737.50
090116                                A1        ASSESSMENT        (230.00)
091316   (500.00)1133         PA-NSF 01        Late Fees          270.00     3237.50
091316                                A1        ASSESSMENT         230.00
091316            1133         NSF   02        NSF charges         45.00     3282.50
091316 NSF 9/13/16. le
091516             APPLY LATE FEE     01        Late Fees           30.00     3312.50
091616 Advised LC/KC of NSF check. le
------
100116             APPLY CHARGES      A1        ASSESSMENT         280.00     3592.50
101516             APPLY LATE FEE     01        Late Fees           30.00     3622.50
------
110116             APPLY CHARGES      A1        ASSESSMENT         280.00     3902.50
111516             APPLY LATE FEE     01        Late Fees           30.00     3932.50
------
120116             APPLY CHARGES      A1        ASSESSMENT         280.00     4212.50
121516             APPLY LATE FEE     01        Late Fees           30.00     4242.50
------
010117             APPLY CHARGES      A1        ASSESSMENT         275.00     4517.50
011517             APPLY LATE FEE     01        Late Fees           30.00     4547.50
------
020117             APPLY CHARGES      A1        ASSESSMENT         275.00     4822.50
021517             APPLY LATE FEE     01        Late Fees           30.00     4852.50
------
030117             APPLY CHARGES      A1        ASSESSMENT         275.00     5127.50
031517             APPLY LATE FEE     01        Late Fees           30.00     5157.50
------
040117             APPLY CHARGES      A1        ASSESSMENT         275.00     5432.50
041517             APPLY LATE FEE     01        Late Fees           30.00     5462.50
------
050117             APPLY CHARGES      A1        ASSESSMENT         275.00     5737.50
051517   2700.00 1140         051517 A1        ASSESSMENT       (2700.00)     3037.50
051517             APPLY LATE FEE     01        Late Fees           30.00     3067.50
------
060117             APPLY CHARGES      A1        ASSESSMENT         275.00     3342.50
061517             APPLY LATE FEE     01        Late Fees           30.00     3372.50
------
070117             APPLY CHARGES      A1        ASSESSMENT         275.00     3647.50
071517             APPLY LATE FEE     01        Late Fees           30.00     3677.50
------
                                       2
```

```
                      SPINNAKER COVE HOMEOWNER ASSN
                      FINANCIAL TRANSACTIONS - 09/21/18

 1320 GLOUCESTER                                   Unit ID: 11320
 Thomas Orthal - PostPetition                      STATUS: 50 - Bankruptcy
                                                   PREPAID BAL:     0.00
  TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
  DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION       AMOUNT         DUE
 ------ ----------- ---------- ------ ----- ---- ---------------- -----------  -------------
 091515             EXPENSE ADJ       01         Late Fees            30.00        30.00
 091515             EXPENSE ADJ       01         Late Fees           (30.00)        0.00
 091515 LF applied in error.  Pymt applied on 9/15/15.  ta
 ------
 100115             EXPENSE ADJ       A1         ASSESSMENT          280.00       280.00
 100115 Trnfs from prepetition.  BK filed 8/24/15.  ta
 101315             EXPENSE ADJ       05         Attorney Fees       237.50       517.50
 101315 KC-Inv#42911-RvwFileBkClaim 9/16 rh
 101515             APPLY LATE FEE    01         Late Fees            30.00       547.50
 ------
 110115             APPLY CHARGES     A1         ASSESSMENT          280.00       827.50
 111115             EXPENSE ADJ       05         Attorney Fees       200.00      1027.50
 111115 KC-Inv#44299-PrepFileObjectionBKPlan 10/12 rh
 111515    360.00 1060       111515 01         Late Fees            (30.00)       667.50
 111515                                A1         ASSESSMENT         (330.00)
 ------
 120115             APPLY CHARGES     A1         ASSESSMENT          280.00       947.50
 121515             APPLY LATE FEE    01         Late Fees            30.00       977.50
 ------
 010116             APPLY CHARGES     A1         ASSESSMENT          280.00      1257.50
 011516             APPLY LATE FEE    01         Late Fees            30.00      1287.50
 ------
 020116             APPLY CHARGES     A1         ASSESSMENT          280.00      1567.50
 021516             APPLY LATE FEE    01         Late Fees            30.00      1597.50
 022916    500.00 1125       022916 A1         ASSESSMENT          (500.00)     1097.50
 ------
 030116             APPLY CHARGES     A1         ASSESSMENT          280.00      1377.50
 031516             APPLY LATE FEE    01         Late Fees            30.00      1407.50
 ------
 040116             APPLY CHARGES     A1         ASSESSMENT          280.00      1687.50
 041416     47.30 1633712    041416 01         Late Fees            (47.30)     1640.20
 041516             APPLY LATE FEE    01         Late Fees            30.00      1670.20
 041916    (47.30)1633712    PA-ADJ 01         Late Fees             47.30      1717.50
 041916 Payment should be under Pre-Petition acct. le
 ------
 050116             APPLY CHARGES     A1         ASSESSMENT          280.00      1997.50
 051516             APPLY LATE FEE    01         Late Fees            30.00      2027.50
 ------
 060116             APPLY CHARGES     A1         ASSESSMENT          280.00      2307.50
 061516             APPLY LATE FEE    01         Late Fees            30.00      2337.50
 ------
 070116             APPLY CHARGES     A1         ASSESSMENT          280.00      2617.50
 071516             APPLY LATE FEE    01         Late Fees            30.00      2647.50
 ------
                                         1
```