**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THOMAS JOHN ORTHAL | ) | |
| | ) | No.  15-28874 |
| | ) | Chapter 13 (Kane) |
| Debtor | ) | Honorable Janet S. Baer |
| | ) | |

### NOTICE OF DEFAULT

Notice of default of the July 20, 2018 Agreed Order is hereby given to Thomas John Orthal and counsel for Debtor.  Pursuant to the Agreed Order, Debtor was to pay $277.33 per month toward the arrearage on their post-petition assessment account with Creditor Spinnaker Cove Homeowners Association and remain current on the accruing assessments.  The remaining unpaid balance should have been zero as of December 21, 2018.  However, the actual balance on the post-petition account is $1,717.01.  Therefore, Debtor is in default under the Agreed Order in the amount of $1,717.01.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order.  Please forward $1,717.01 by cashier's check or money order made payable to Spinnaker Cove Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than January 11, 2019.  If the amount of $1,717.01 is not paid by January 11, 2019 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Spinnaker Cove Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

SPINNAKER COVE HOMEOWNERS
ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2

SPINNAKER COVE HOMEOWNER ASSN
FINANCIAL TRANSACTIONS - 12/21/18

```
1320 GLOUCESTER                           Unit ID: 11320
Thomas Orthal - PostPetition              STATUS: 30 - Legal Action
                                          PREPAID BAL:     0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT            DUE
------  ---------- ---------- ------ ----- ---- ---------------- ----------- ------------
120118            APPLY CHARGES      A1         ASSESSMENT        275.00       1687.01
121518            APPLY LATE FEE     01         Late Fees          30.00       1717.01
```

-- End of report --

```
                    SPINNAKER COVE HOMEOWNER ASSN
                    FINANCIAL TRANSACTIONS - 12/21/18

1320 GLOUCESTER                              Unit ID: 11320
Thomas Orthal - PostPetition                 STATUS: 30 - Legal Action
                                             PREPAID BAL:     0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT          DUE
------ ---------- ---------- ------ ----- ---- --------------- ----------  ------------
041918 KC filed a motion to lift automatic stay.
041918 Court Scheduled 5/18/18. le
------
050118            APPLY CHARGES     A1         ASSESSMENT        275.00       1448.00
050318            EXPENSE ADJ       05         Attorney Fees     781.00       2229.00
050318 KC-Inv#86228-PrepFileBKMotionReliefStay 4/19 rh
051518            APPLY LATE FEE    01         Late Fees          30.00       2259.00
051718 Statement emailed KC. le
053018     675.00 11312       053018 A1        ASSESSMENT       (675.00)      1584.00
053018     500.00 DP321-0002  053018 A1        ASSESSMENT       (500.00)      1084.00
------
060118            APPLY CHARGES     A1         ASSESSMENT        275.00       1359.00
061518 Payment Plan Req.  Sent to Board. le
061518 next Court Date 6/22/18. le
061518            APPLY LATE FEE    01         Late Fees          30.00       1389.00
062718 Court Date 7/20/18 10:00am. le
------
070118            APPLY CHARGES     A1         ASSESSMENT        275.00       1664.00
071518            APPLY LATE FEE    01         Late Fees          30.00       1694.00
072018 Agreed Order.  $277.33 needs to be paid by the
072018 20th of each month July-Dec 2018 plus the monthly
072018 assessment needs to be paid to avoid automatic
072018 stay lift. le
------
080118            APPLY CHARGES     A1         ASSESSMENT        275.00       1969.00
080718 KC to send default ntoice and proceed with
080718 evication. le
081518            APPLY LATE FEE    01         Late Fees          30.00       1999.00
083118     582.33 DP334-0001  083118 01        Late Fees         (30.00)      1416.67
083118                        A1             ASSESSMENT         (275.00)
083118                        05             Attorney Fees      (277.33)
------
090118            APPLY CHARGES     A1         ASSESSMENT        275.00       1691.67
091518            APPLY LATE FEE    01         Late Fees          30.00       1721.67
092118 KC to send 2nd default notice. le
------
100118            APPLY CHARGES     A1         ASSESSMENT        275.00       1996.67
101918     889.66 9498514906 101918 01        Late Fees         (60.00)      1107.01
101918                        A1             ASSESSMENT        (829.66)
------
110118            APPLY CHARGES     A1         ASSESSMENT        275.00       1382.01
111518            APPLY LATE FEE    01         Late Fees          30.00       1412.01
111918 Action taken: 30 - Legal Action
------
                               4
```

```
                    SPINNAKER COVE HOMEOWNER ASSN
                    FINANCIAL TRANSACTIONS - 12/21/18

1320 GLOUCESTER                            Unit ID: 11320
Thomas Orthal - PostPetition               STATUS: 30 - Legal Action
                                           PREPAID BAL:      0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE  PAYMT AMT CHECK #    DEP DT CODE N/A  DESCRIPTION    AMOUNT            DUE
------ ---------- ---------- ------ ----- ---- ---------------- ---------- -------------
080117            APPLY CHARGES      A1         ASSESSMENT      275.00       3952.50
081517            APPLY LATE FEE     01         Late Fees        30.00       3982.50
------
090117            APPLY CHARGES      A1         ASSESSMENT      275.00       4257.50
091517            APPLY LATE FEE     01         Late Fees        30.00       4287.50
------
100117            APPLY CHARGES      A1         ASSESSMENT      275.00       4562.50
101517            APPLY LATE FEE     01         Late Fees        30.00       4592.50
------
110117            APPLY CHARGES      A1         ASSESSMENT      275.00       4867.50
111517            APPLY LATE FEE     01         Late Fees        30.00       4897.50
------
120117            APPLY CHARGES      A1         ASSESSMENT      275.00       5172.50
121517            APPLY LATE FEE     01         Late Fees        30.00       5202.50
------
010118            APPLY CHARGES      A1         ASSESSMENT      275.00       5477.50
011518            APPLY LATE FEE     01         Late Fees        30.00       5507.50
011918 File Motion to lift automatic stay. le
012518 Spoke with Tom and he advised me that he will
012518 bring a certified check order.  Advisded Legal. le
012918    4507.00 9194948515 012918 01      Late Fees       (780.00)       1000.50
012918                                A1         ASSESSMENT     (3727.00)
012918 Statement sent to legal. le
013118 Per JS wait 30-60 days then send motion to
013118 file automatic stay lift. le
------
020118            APPLY CHARGES      A1         ASSESSMENT      275.00       1275.50
020118 Do not send statement or LN.
021518            APPLY LATE FEE     01         Late Fees        30.00       1305.50
022318     305.00 2215        022318 01         Late Fees       (30.00)      1000.50
022318                                A1         ASSESSMENT      (275.00)
------
030118            APPLY CHARGES      A1         ASSESSMENT      275.00       1275.50
031518            APPLY LATE FEE     01         Late Fees        30.00       1305.50
------
040118            APPLY CHARGES      A1         ASSESSMENT      275.00       1580.50
041118 Req to Legal to file automatic stay lift. le
041518            APPLY LATE FEE     01         Late Fees        30.00       1610.50
041918            EXPENSE ADJ        05         Attorney Fees  (237.50)      1373.00
041918 Per Legla move Legal fee to Pre Petition
041918 BK filed 8/24/15. le
041918            EXPENSE ADJ        05         Attorney Fees  (200.00)      1173.00
041918 Per legal move fee to PrePetition.
041918 KCINV 44299-PrepFileObjectionBKPlan 10/12/15. le
                                3
```

```
                      SPINNAKER COVE HOMEOWNER ASSN
                      FINANCIAL TRANSACTIONS - 12/21/18

1320 GLOUCESTER                            Unit ID: 11320
Thomas Orthal - PostPetition               STATUS: 30 - Legal Action
                                           PREPAID BAL:     0.00
 TXN    -----PAYMENTS/TRXN DESCR----- --------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT CHECK #     DEP DT CODE N/A  DESCRIPTION     AMOUNT          DUE
------  ---------- ---------- ------- ----- ---- ---------------- ----------- ------------
080116            APPLY CHARGES      A1      ASSESSMENT        280.00        2927.50
081516            APPLY LATE FEE     01      Late Fees          30.00        2957.50
------
090116            APPLY CHARGES      A1      ASSESSMENT        280.00        3237.50
090116   500.00 1133       090116 01        Late Fees        (270.00)       2737.50
090116                               A1      ASSESSMENT       (230.00)
091316  (500.00)1133        PA-NSF 01        Late Fees         270.00        3237.50
091316                               A1      ASSESSMENT        230.00
091316          1133        NSF    02        NSF charges        45.00        3282.50
091316 NSF 9/13/16. le
091516            APPLY LATE FEE     01      Late Fees          30.00        3312.50
091616 Advised LC/KC of NSF check. le
------
100116            APPLY CHARGES      A1      ASSESSMENT        280.00        3592.50
101516            APPLY LATE FEE     01      Late Fees          30.00        3622.50
------
110116            APPLY CHARGES      A1      ASSESSMENT        280.00        3902.50
111516            APPLY LATE FEE     01      Late Fees          30.00        3932.50
------
120116            APPLY CHARGES      A1      ASSESSMENT        280.00        4212.50
121516            APPLY LATE FEE     01      Late Fees          30.00        4242.50
------
010117            APPLY CHARGES      A1      ASSESSMENT        275.00        4517.50
011517            APPLY LATE FEE     01      Late Fees          30.00        4547.50
------
020117            APPLY CHARGES      A1      ASSESSMENT        275.00        4822.50
021517            APPLY LATE FEE     01      Late Fees          30.00        4852.50
------
030117            APPLY CHARGES      A1      ASSESSMENT        275.00        5127.50
031517            APPLY LATE FEE     01      Late Fees          30.00        5157.50
------
040117            APPLY CHARGES      A1      ASSESSMENT        275.00        5432.50
041517            APPLY LATE FEE     01      Late Fees          30.00        5462.50
------
050117            APPLY CHARGES      A1      ASSESSMENT        275.00        5737.50
051517  2700.00 1140       051517 A1        ASSESSMENT      (2700.00)       3037.50
051517            APPLY LATE FEE     01      Late Fees          30.00        3067.50
------
060117            APPLY CHARGES      A1      ASSESSMENT        275.00        3342.50
061517            APPLY LATE FEE     01      Late Fees          30.00        3372.50
------
070117            APPLY CHARGES      A1      ASSESSMENT        275.00        3647.50
071517            APPLY LATE FEE     01      Late Fees          30.00        3677.50
------
                                    2
```

```
                    SPINNAKER COVE HOMEOWNER ASSN
                    FINANCIAL TRANSACTIONS - 12/21/18

1320 GLOUCESTER                             Unit ID: 11320
Thomas Orthal - PostPetition                STATUS: 30 - Legal Action
                                            PREPAID BAL:    0.00
  TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------  BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT          DUE
 ------ ---------- ---------- ------ ----- ---- ---------------- ----------- ------------
 091515           EXPENSE ADJ        01        Late Fees          30.00       30.00
 091515           EXPENSE ADJ        01        Late Fees         (30.00)       0.00
 091515 LF applied in error.  Pymt applied on 9/15/15.  ta
 ------
 100115           EXPENSE ADJ        A1        ASSESSMENT        280.00       280.00
 100115 Trnfs from prepetition.  BK filed 8/24/15.  ta
 101315           EXPENSE ADJ        05        Attorney Fees     237.50       517.50
 101315 KC-Inv#42911-RvwFileBkClaim 9/16 rh
 101515           APPLY LATE FEE     01        Late Fees          30.00       547.50
 ------
 110115           APPLY CHARGES      A1        ASSESSMENT        280.00       827.50
 111115           EXPENSE ADJ        05        Attorney Fees     200.00      1027.50
 111115 KC-Inv#44299-PrepFileObjectionBKPlan 10/12 rh
 111515    360.00 1060       111515 01        Late Fees         (30.00)      667.50
 111515                             A1        ASSESSMENT       (330.00)
 ------
 120115           APPLY CHARGES      A1        ASSESSMENT        280.00       947.50
 121515           APPLY LATE FEE     01        Late Fees          30.00       977.50
 ------
 010116           APPLY CHARGES      A1        ASSESSMENT        280.00      1257.50
 011516           APPLY LATE FEE     01        Late Fees          30.00      1287.50
 ------
 020116           APPLY CHARGES      A1        ASSESSMENT        280.00      1567.50
 021516           APPLY LATE FEE     01        Late Fees          30.00      1597.50
 022916    500.00 1125       022916 A1        ASSESSMENT       (500.00)     1097.50
 ------
 030116           APPLY CHARGES      A1        ASSESSMENT        280.00      1377.50
 031516           APPLY LATE FEE     01        Late Fees          30.00      1407.50
 ------
 040116           APPLY CHARGES      A1        ASSESSMENT        280.00      1687.50
 041416     47.30 1633712    041416 01        Late Fees         (47.30)     1640.20
 041516           APPLY LATE FEE     01        Late Fees          30.00      1670.20
 041916    (47.30)1633712    PA-ADJ 01        Late Fees          47.30      1717.50
 041916 Payment should be under Pre-Petition acct. le
 ------
 050116           APPLY CHARGES      A1        ASSESSMENT        280.00      1997.50
 051516           APPLY LATE FEE     01        Late Fees          30.00      2027.50
 ------
 060116           APPLY CHARGES      A1        ASSESSMENT        280.00      2307.50
 061516           APPLY LATE FEE     01        Late Fees          30.00      2337.50
 ------
 070116           APPLY CHARGES      A1        ASSESSMENT        280.00      2617.50
 071516           APPLY LATE FEE     01        Late Fees          30.00      2647.50
 ------
                                  1
```