UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THOMAS JOHN ORTHAL ) | |
| ) | No.  15-28874 |
| ) | Chapter 13 (Kane) |
| Debtor ) | Honorable Janet S. Baer |
| ) | |

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 21st day of December, 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, SPINNAKER COVE HOMEOWNERS ASSOCIATION'S NOTICE OF DEFAULT, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 21st day of December, 2018, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 21st day of December, 2018.

_____
Notary Public

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

"OFFICIAL SEAL"
SUZANNE M FITCH
Notary Public, State of Illinois
My Commission Expires 7/17/2022

"OFFICIAL SEAL"
SUZANNE M FITCH
Notary Public, State of Illinois
My Commission Expires 7/17/2022

## Service List

Thomas John Orthal
1320 Gloucester Circle
Carol Stream, Illinois 60188

Ann Marie Orthal
1320 Gloucester Circle
Carol Stream, Illinois 60188

Alex Wilson
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)