# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THOMAS JOHN ORTHAL | ) |
| | ) No. 15-28874 |
| | ) Chapter 13 (Kane) |
| Debtor | ) Honorable Janet S. Baer |
| | ) |

## NOTICE OF DEFAULT

Notice of default of the July 20, 2018 Agreed Order is hereby given to Thomas John Orthal and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to remain current on the accruing assessments on his post-petition account with Creditor Spinnaker Cove Homeowners Association. Debtor has not paid the January 2019, February 2019, March 2019 and April 2019 monthly assessment payments. The balance on the post-petition account is $1,240.00. Therefore, Debtor is in default under the Agreed Order in the amount of $1,240.00.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $1,240.00 by cashier's check or money order made payable to Spinnaker Cove Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than May 17, 2019. If the amount of $1,240.00 is not paid by May 17, 2019 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Spinnaker Cove Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

SPINNAKER COVE HOMEOWNERS
ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

**Association Partners, Inc.**
Association Managers

**Transaction History**
Spinnaker Cove Homeowner's Association
Transaction Detail : 1/1/2019 - 4/25/2019

Date: 4/25/2019
Time: 11:35 am
Page: 1

**Name:** Thomas Orthal     **Address:** 1320 Gloucester
**Homeowner Account:** 06711320     **Homeowner Status:** Current Owner

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
|  | Previous Balance |  | $1,717.01 |  | $1,717.01 |
| 01/01/2019 | Owner Assessment 2019 | 107 | 275.00 | - | 1,992.01 |
| 01/18/2019 | Check # 5934701004 | 0 | - | 500.00 | 1,492.01 |
| 01/18/2019 | Check # 5934701005 | 0 | - | 500.00 | 992.01 |
| 01/18/2019 | Check # 90 | 0 | - | 210.01 | 782.00 |
| 01/18/2019 | Check # 90 | 0 | - | 500.00 | 282.00 |
| 01/18/2019 | Check # 9498505571 | 0 | - | 7.00 | 275.00 |
| 02/01/2019 | Owner Assessment 2019 | 107 | 275.00 | - | 550.00 |
| 02/16/2019 | Owner Assessment (Delinquent Fee) 2019 | 1010 | 30.00 | - | 580.00 |
| 02/19/2019 | KC#98548-Receipt & review foreclosure (Collection Fee) 2019 | 918 | 50.00 | - | 630.00 |
| 03/01/2019 | Owner Assessment 2019 | 107 | 275.00 | - | 905.00 |
| 03/16/2019 | Owner Assessment (Delinquent Fee) 2019 | 2481 | 30.00 | - | 935.00 |
| 04/01/2019 | Owner Assessment 2019 | 107 | 275.00 | - | 1,210.00 |
| 04/16/2019 | Owner Assessment (Delinquent Fee) 2019 | 2980 | 30.00 | - | 1,240.00 |
|  | Total |  | $2,957.01 | ($1,717.01) | $1,240.00 |